UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter 11

                                          Case No. 20-13172 (LSS)

Debtor: Renovate America, Inc., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Peter S. Partee, Sr.

to represent Finance of America Mortgage LLC

in this action.

Robert J. Dehney  (No. 3578)

Firm Name: Morris Nichols Arsht & Tunnell LLP
Address: 1201 Market Street, 16th FL
PO Box 1347
Wilmington, DE 19899-1347
Phone: (302)658-9200
Email: rdehney@mnat.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Peter S. Partee, Sr.

Firm Name: Hunton Andrews Kurth LLP
Address: 200 Park Avenue
New York, NY 10166
Phone: (212) 309-1000
Email: ppartee@huntonak.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.