# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RENOVATE AMERICA, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-13172 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 153 and 306**<br><br>**Continued Hearing Date:<br>April 13, 2021 at 2:00 p.m. ET** |

### NOTICE OF CONTINUED HEARING RE: [CORRECTED] MOTION OF WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS FOR ENTRY OF ORDER (1) GRANTING RELIEF FROM AUTOMATIC STAY; AND (2) DETERMINING THE RIGHT OF SETOFF OF WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS

**PLEASE TAKE NOTICE THAT** on January 22, 2021, as subsequently amended, Western Riverside Council of Governments filed its *[Corrected] Motion of Western Riverside Council of Governments for Entry of Order (1) Granting Relief from Automatic Stay; and (2) Determining the Right of Setoff of Western Riverside Council of Governments* [Docket No. 153] (the "WRCOG Motion").

**PLEASE TAKE NOTICE THAT** on March 4, 2021, this Court entered its *Scheduling Order Governing the Motion of Western Riverside Council of Governments for Entry of Order (1) Granting Relief from Automatic Stay; and (2) Determining the Right of Setoff of Western Riverside Council of Governments* [Docket No. 306] setting a hearing regarding the WRCOG Motion to take place on April 9, 2021 at 10:00 a.m. prevailing Eastern Time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include Renovate America, Inc. (4352) and Personal Energy Finance, Inc. (8208). The Debtors' service address is 16870 W. Bernardo Dr., Suite 408 San Diego, California 92127.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing on the WRCOG Motion has been continued to **April 13, 2021 at 2:00 p.m. prevailing Eastern Time** before the Honorable Laurie Selber Silverstein in the United State Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 198071.

Dated: March 25, 2021

Mette H. Kurth (DE Bar No. 6496)
**CULHANE MEADOWS, PLLC**
4023 Kennett Pike #165
Wilmington, Delaware 19807
Telephone: (302) 660-8331
Email: mkurth@cm.law

*and*

Sharon Z. Weiss (*admitted pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: sharon.weiss@bclplaw.com

Timothy R. Bow (*admitted pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: timothy.bow@bclplaw.com

*Co-Counsel to the Debtors and Debtors in Possession*