**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RENOVATE AMERICA, INC., *et al*.,[1] | ) | Case No. 20-13172 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 23, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Post-Confirmation Report** (Docket No. 1250)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: May 1, 2026

*Alberto Romero Calderon*
Alberto Romero Calderon

State of Colorado     )
                      ) SS.
County of Arapahoe   )

Subscribed and sworn before me this 1st day of May 2026 by Alberto Romero Calderon.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include Renovate America, Inc. (4352) and Personal Energy Finance, Inc. (8208). The Debtors' service address is 16870 W. Bernardo Dr., Suite 408, San Diego, California 92127.

# **<u>Exhibit A</u>**

Document Ref: CGY5O-MAAMH-DFWPY-BDNRW



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Alabama Office of the Attorney General | | 501 Washington Ave | | | Montgomery | AL | 36104 |
| Arkansas Office of the Attorney General | | 323 Center St | Ste 200 | | Little Rock | AR | 72201 |
| Carlson & Messer LLP | Attn: Stephen A. Watkins | 5901 W. Century Blvd | Ste. 1200 | | Los Angeles | CA | 90045 |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway | 10th Fl | Denver | CO | 80203 |
| Connecticut Office of the Attorney General | | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Finance of America Mortgage LLC | c/o Hunton Andrews Kurth LLP | Attn: Michael P. Goldman | Riverfront Plaza, East Tower | 951 East Byrd Street | Richmond | VA | 23219 |
| Florida Office of the Attorney General | | State Of Florida | The Capitol Pl?01 | | Tallahassee | FL | 32399 |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 |
| Idaho Office of the Attorney General | | 700 W. Jefferson St | Suite 210 | | Boise | ID | 83720 |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W. Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | | Indiana Government Center South | 302 W Washington St | 5th Fl | Indianapolis | IN | 46204 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Iowa Office of the Attorney General | | Hoover State Office Building | 1305 E. Walnut Street | Rm 109 | Des Moines | IA | 50319 |
| Kansas Office of the Attorney General | | 120 SW 10th Ave | 2nd Fl | | Topeka | KS | 66612 |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave | Ste 118 | Frankfort | KY | 40601 |
| Louisiana Office of the Attorney General | | 1885 N. Third St | | | Baton Rouge | LA | 70802 |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | | Baltimore | MD | 21202 |
| Michigan Department of the Attorney General | | G. Mennen Williams Building | 525 W Ottawa St | 7th Floor | Lansing | MI | 48933 |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St | Ste 1200 | Jackson | MS | 39201 |
| Montana Office of the Attorney General | | 215 N. Sanders | Justice Building | Third Fl | Helena | MT | 59601 |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | | Lincoln | NE | 68509 |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St | 8th Fl, West Wing | Trenton | NJ | 08611 |
| New Mexico Office of the Attorney General | | 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224 |
| North Carolina Attorney General's Office | | 114 W Edenton St | | | Raleigh | NC | 27603 |
| Office of the Attorney General of the District Of Columbia | | 441 4th St NW | Suite 1100 | | Washington | DC | 20001 |
| Office of the U.S. Trustee | Attn Benjamin Hackman | 844 King Street | Suite 2207 | | Wilmington | DE | 19801 |
| Office of the United States Attorney for the District of Delaware | c/o US Attorney's Office | Hercules Building | 1313 N Market Street | | Wilmington | DE | 19801 |
| Ohio Attorney General's Office | | State Office Tower | 30 E Broad St | 14th Fl | Columbus | OH | 43215 |
| Oklahoma Office of the Attorney General | | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| Oregon Department Of Justice | | 1162 Court St NE | | | Salem | OR | 97301 |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Fl | | Harrisburg | PA | 17120 |
| Rhode Island Office of the Attorney General | | 150 S Main St | | | Providence | RI | 02903 |
| South Carolina Office of the Attorney General | | Rembert C. Dennis Bldg | 1000 Assembly St | Rm 519 | Columbia | SC | 29201 |
| South Dakota Office of the Attorney General | | 1302 E Highway 14 | Ste 1 | | Pierre | SD | 57501 |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | | Nashville | TN | 37243 |
| Texas Office of the Attorney General | | 300 W. 15th St | | | Austin | TX | 78701 |
| Virginia Office of the Attorney General | | 202 N. Ninth St | | | Richmond | VA | 23219 |
| Washington Office of the Attorney General | | 1125 Washington St SE | | | Olympia | WA | 98501 |
| West Virginia Office of the Attorney General | | State Capitol | 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 |
| Wisconsin Attorney General's Office | | 114 E State Capitol | | | Madison | WI | 53702 |
| Wyoming Office of the Attorney General | | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 |

In re: Renovate America, Inc., *et al.*
Case No. 20-13172 (LSS)

Page 1 of 1

# **Exhibit B**

Document Ref: CGY5O-MAAMH-DFWPY-BDNRW



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alaska Office of the Attorney General | | | attorney.general@alaska.gov |
| Alma Foster | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover & Kate Harmon | jhoover@beneschlaw.com kharmon@beneschlaw.com |
| Alma Foster | c/o UC Irvine Consumer Law Clinic | Attn: Stacey L. Tutt | stutt@law.uci.edu |
| Ameris Bank | c/o Adams and Reese LLP | Attn: John T. Rogerson, III & Jamie W. Olinto | john.rogerson@arlaw.com jamie.olinto@arlaw.com bankfilings@ycst.com |
| Ameris Bank | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Michael S. Neiburg & Joseph M. Mulvihill | mneiburg@ycst.com jmulvihill@ycst.com bankfilings@ycst.com |
| Arizona Office of the Attorney General | | | aginfo@azag.gov |
| Bank of America, NA | c/o Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | geoffrey.grivner@bipc.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Concord Servicing Corporation | | | billing@concordservicing.com aaustin@fennemorelaw.com gkbacon@fclaw.com gibson@teamrosner.com |
| CoreLogic Solutions, LLC | c/o Foley & Lardner LLP | Attn: Richard J. Bernard, Leah M. Eisenberg, & Katherine R. Catanese | rbernard@foley.com leisenberg@foley.com kcatanese@foley.com |
| County of Los Angeles | c/o GC Law | Attn: George Chuang | gchuang@gclaw.net |
| County of Los Angeles | c/o Montgomery McCracken Walker & Rhoads LLP | Attn: Marc J. Phillips | mphillips@whitefordlaw.com |
| County of Los Angeles | c/o Rimon, P.C. | Attn: Jacquelyn H. Choi | jacquelyn.choi@rimonlaw.com |
| Delaware Department Of Justice | | | attorney.general@state.de.us |
| Delaware Office of the Attorney General | | | attorney.general@delaware.gov |
| Delaware Secretary of State | | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Finance of America Mortgage LLC | Attn: Bill Dallas & Graham Fleming | | bd@financeofamerica.com gfleming@financeofamerica.com |
| Finance of America Mortgage LLC | Attn: Lauren Richmond | | larichmond@financeofamerica.com |
| Finance of America Mortgage LLC | c/o Hunton Andrews Kurth LLP | Attn: Peter S. Partee, Sr. Robert A. Rich | ppartee@huntonak.com rrich2@huntonak.com brianclarke@huntonak.com |
| Finance of America Mortgage LLC | c/o Morris Nichols Arsht & Tunnell LLP | Attn: Robert J. Dehney & Andrew R. Remming | rdehney@mnat.com aremming@mnat.com |
| Ford Motor Credit Company | c/o McCabe, Weisberg & Company, LLC | Attn: Andrew A. Ralli, Janet Z. Charlton & Michael K. Pak | de-ecfmail@mwc-law.com |
| Friendlum, Inc. | c/o Hogan McDaniel | Attn: Hogan McDaniel | dkhogan@dkhogan.com |
| Hawaii Department of the Attorney General | | | hawaiiag@hawaii.gov |
| Hunton Andrews Kurth LLP | Attn: Peter S. Partee, Sr. and Michael P. Goldman | | ppartee@huntonak.com mgoldman@huntonak.com |
| ING Capital LLC | Attn: Sandeep Srinath and Yury Marasanov | | sandeep.srinath@ing.com yury.marasanov@ing.com |
| ING Capital LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr. | chipman@chipmanbrown.com |
| ING Capital LLC | c/o Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| ING Capital LLC | c/o Winston & Strawn LLP | Attn: Michael T. Leary | mtleary@winston.com |
| ING Capital LLC | c/o Winston & Strawn LLP | | sandeep.srinath@ing.com |
| Internal Revenue Service | Attn: Susanne Larson | | sbse.insolvency.balt@irs.gov |
| Maine Office of the Attorney General | | | miag@michigan.gov |

In re: Renovate America, Inc., *et al.*
Case No. 20-13172 (LSS)

Document Ref: CGY5O-MAAMH-DFWPY-BDNRW



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Massachusetts Office of the Attorney General | | | oag@oag.state.md.us |
| Minnesota Office of the Attorney General | | | attorney.general@ago.mo.gov |
| Missouri Attorney General's Office | | | ago@state.ma.us |
| New Hampshire Office of the Attorney General | | | attorneygeneral@doj.nh.gov |
| North Dakota Office of the Attorney General | | | ndag@nd.gov |
| Office of the U.S. Trustee | Attn Benjamin Hackman | | benjamin.a.hackman@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, R. Stephen McNeill, & Joseph D. Farris | jryan@potteranderson.com<br>rmcneill@potteranderson.com<br>jfarris@potteranderson.com<br>bankruptcy@potteranderson.com<br>nrainey@potteranderson.com |
| Official Committee of Unsecured Creditors | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Official Committee of Unsecured Creditors | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Donald J. Detweiler | donald.detweiler@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com |
| Official Committee of Unsecured Creditors | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Francis J. Lawall | francis.lawall@troutman.com<br>susan.henry@troutman.com<br>wlbank@troutman.com<br>monica.molitor@troutman.com<br>peggianne.hardin@troutman.com |
| Reginald Nemore, Violeta Senac, Aurelia Millender, and Allen Bowen | c/o Ashby & Geddes, P.A. | Attn: Ricardo Palacio | rpalacio@ashbygeddes.com |
| Reginald Nemore, Violeta Senac, Aurelia Millender, and Allen Bowen | c/o Bet Tzedek Legal Services | Attn: Jennifer H. Sperling | jsperling@bettzedek.org<br>rbonee@bettzedek.org |
| Reginald Nemore, Violeta Senac, Aurelia Millender, and Allen Bowen | c/o Hogan Lovells US LLP | Attn: Bennet Spiegel & Edward McNeilly | bennett.spiegel@hoganlovells.com<br>edward.mcneilly@hoganlovells.com |
| Reginald Nemore, Violeta Senac, Aurelia Millender, and Allen Bowen | c/o Public Counsel | Attn: Stephanie Carroll & Nisha Kashyap | scarroll@publiccounsel.org<br>nkashyap@publiccounsel.org |
| Ross PLLC | Attn: Jonathan Ross | | jross@ross-pllc.com |
| Securities & Exchange Commission | | | secbankruptcy-ogc-ado@sec.gov |
| Securities and Exchange Commission | Attn: Marc Berger Regional Director | | bankruptcynoticeschr@sec.gov |
| The People of the State of California | c/o Cole Schotz P.C. | Attn: G. David Dean | ddean@coleschotz.com |
| The People of the State of California | c/o Cole Schotz P.C. | Attn: Gary H. Leibowitz | gleibowitz@coleschotz.com |
| TMF Group New York, LLC | Attn: Ed O'Connell, General Counsel | | edward.oconnell@tmf-group.com |
| Trujillo Plaintiffs (Alejandro & Veronica Garcia, Jose & Gabriela Alvarado, Octavio Cardenas & Erika Ochoa, Margarita Galzviz, and Laura Marquez) | c/o  Trujillo & Winnick, LLP | Attn: Anthony W. Trujillo, Esquire | at@tru-win.com |
| Utah Office of the Attorney General | | | bankruptcy@agutah.gov |
| Vermont Attorney General's Office | | | ago.info@vermont.gov |
| Western Riverside Council of Governments | c/o Best Best & Krieger LLP | Attn: Steven DeBaun, Jeffrey Dunn, Caroline Djang, Tyler Anthony | steven.debaun@bbklaw.com<br>jeffrey.dunn@bbklaw.com<br>caroline.djang@bbklaw.com<br>tyler.anthony@bbklaw.com |
| Western Riverside Council of Governments | c/o Morris James LLP | Attn: Eric Monzo, Jason Levin | emonzo@morrisjames.com<br>jlevin@morrisjames.com |
| Winston & Strawn, LLP | Attn: Daniel Passage | | dpassage@winston.com |

In re: Renovate America, Inc., *et al.*
Case No. 20-13172 (LSS)

Document Ref: CGY5O-MAAMH-DFWPY-BDNRW